# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.   09 B 44643 |
| BOSTON BLACKIES MANAGEMENT, | ) | Honorable Jack B. Schmetterer |
| COMPANY, INC., et al., | ) | |
| | ) | Motion Date: December 15, 2009 |
| Debtors and Debtors-In-Possession | ) | Hearing Time: 11:30 a.m. |

## NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE THAT on December 15, 2009, at the hour of 11:30 a.m., a **MOTION TO EMPLOY COUNSEL FOR THE DEBTORS**, shall be heard by the Honorable Jack B. Schmetterer of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 682 at 219 South Dearborn Street, Chicago, Illinois 60604. A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

QUERREY & HARROW, LTD.

## AFFIDAVIT OF SERVICE

I, Eileen M. Sethna, an attorney certify that I caused the foregoing Notice of Motion to be served upon the persons named in the attached service list by mailing copies of the same to them and depositing it in the U.S. Mail at 175 West Jackson Boulevard, Chicago, Illinois at 4:00 p.m. December 1, 2009, with proper postage prepaid.

/s/*Eileen M. Sethna*

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

## SERVICE LIST

William T. Neary
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Fax: 312-886-5794

Ronald R. Peterson
Jenner & Block LLP
330 N Wabash Ave, 38th Flr
Chicago, IL 60611
Fax: 312-840-7381

Internal Revenue Service
Associate Area Counsel, SB/SE
200 W Adams St, Suite 2300
Chicago, IL 60606
Fax: 312-368-8712

Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604
Fax: 312-368-8712

IL Dept. of Employment Security
33 S. State Street
Chicago, IL 60603
Fax: 312-793-9834

James D. Newbold
Illinois Department of Revenue
100 West Randolph, 13th Floor
Chicago, Illinois 60601
Fax: 312-814-3589

RBS Citizens, NA d/b/a Charter One
c/o Thomas M. Lombardo
Riemer & Braunstein, LLC
71 S. Wacker Dr, Ste 3515
Chicago, IL 60606
Fax: 312-780-1212

RBS Citizens, NA d/b/a Charter One
c/o Jeffrey Ganz
Riemer & Braunstein
3 Center Plaza, Floor 6
Boston, MA 02108-2203
Fax: 617-692-3568

G.E. Capital Corp.
c/o Todd B. Jones
8377 E. Hartford Drive, Ste 200
Scottsdale, AZ 85255
Fax: 480-563-6945

Sysco Chicago Inc.
c/o McMahan & Sigunick Ltd.
412 S. Wells St, 6th Flr
Chicago, IL 60607
Fax: 312-913-1350

Fox River Commons Shopping Center
c/o The DiMucci Companies
285 W Dundee Rd
Palatine, IL 60074
Fax: 847-991-9728

WaMu
c/o JP Morgan Chase
PO Box 660022
Dallas, TX 75266
Fax: 866-699-0618

Boston Blackies Properties IV, LLC
164 E. Grand Ave
Chicago, IL 60611
Fax: 312-627-0250

Boston Blackies Properties II, LLC
801 W Adams St, Ste 201
Chicago, IL 60607
Fax: 312-627-0250

10/120 S. Riverside Property, LLC
c/o Behringer Harvard REIT I, Inc.
Richard H. Needham, G.M.
10/120 S. Riverside Plaza
Chicago, IL 60606
Fax: 312-416-0049

Peerless Building Partnership
801 W Adams St, Ste 201
Chicago, IL 60607
Fax: 312-454-0937

Ronald Rosenblum & Assoc
111 W. Washington St, Ste 823
Chicago, IL 60602
Fax: 312-977-0922

Lake Cook Plaza Assoc., Ltd., Ptr.
c/o Lake Cook Plaza, LLC
Mosiac Prop & Devl
555 Skokie Blvd., Suite 204
Northbrook, IL 60062
Fax: 847-498-5977

Caro Insurance
16520 106th Ct
Orland Park, IL 60467
Fax: 708-675-1203

Kurt Krueger
c/o Joseph A. Baldi & Donna B. Wallace
Joseph A. Baldi & Associates, PC
19 S LaSalle St, Ste 1500
Chicago, IL 60603
Fax: 312-641-0180

TriMark Marlinn
6100 W. 73rd St, Ste 1
Bedford Park, IL 60638
Fax: 708-563-2544

Irv Solomon and Son
PO Box 934
Northbrook, IL 60065-0934
Fax: 847-564-2837

BLC LLC/Ciena Capital LLC
PO Box 26507
Greenville, SC 29616
Fax: 864-751-4455

Rally Capital Services, LLC
350 N. LaSalle St, Ste 1100
Chicago, IL 60654
Fax: 312-645-1976

J. Pappas Accounting Group
17 W 729 A Roosevelt Rd
Oak Brook Terrace, IL 60181
Fax: 630-627-5254

United Investors, Inc
5948 N Broadway
Chicago, IL 60660
Fax: 773-989-7213

Economy Packing Co., Inc.
939 W. Fullerton St
Chicago, IL 60607
Fax: 312-421-2667

Mark Solomon Ltd. Incorporated
PO Box 934
Northbrook, IL 60065-0934
Fax: 847-564-2837

US Food
PO Box 98045
Chicago, IL 60693
Fax: 630-496-4303

Bank of America
PO Box 15220
Wilmington, DE 19886
Fax: 336-805-1340

Home Depot Credit Services
c/o Blatt Hasenbiller Leibsker
125 S Wacker Dr, Ste 400
Chicago, IL 60606
Fax: 312-704-9430

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | **In Chapter 11** |
| ) | **Case No.   09 B 44643** |
| **BOSTON BLACKIES MANAGEMENT,** ) | **Honorable Jack B. Schmetterer** |
| **COMPANY, INC., et al.,** ) | |
| ) | **Motion Date: December 15, 2009** |
| **Debtors and Debtors-In-Possession** ) | **Hearing Time: 11:30 a.m.** |

## MOTION TO EMPLOY COUNSEL FOR THE DEBTORS

Debtors, Boston Blackies Management, Inc., ("Debtors[1]"), moves this Court for entry of an order approving the employment of Robert R. Benjamin, Beverly A. Berneman, and Eileen M. Sethna of QUERREY & HARROW, LTD., as counsel for the Debtors and respectfully represents to the Court as follows:

1.  On November 24, 2009, Debtors filed voluntary cases under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2.  That pursuant to an Order entered on December 1, 2009, the following cases are to be jointly administered, with the above captioned lead case *In re: Boston Blackies Management Company, Inc.,* Case No. 09-44643:

| | |
|---|---|
| Boston Blackies of Riverside Plaza, Inc. | 09-44646 |
| Boston Blackies of Lake Cook Plaza, Inc. | 09-44649 |
| Boston Blackies of Winnetka, Inc. | 09-44652 |
| Boston Blackies of Arlington Heights, LLC | 09-44654 |
| Boston Blackies of Naperville, LLC | 09-44655 |
| Boston Blackies of 164 East Grand, Inc. | 09-44658 |
| Boston Blackies Management Company, Inc. | 09-44643 |

3.  Debtors operate a restaurant featuring American style food. Debtors are part of a restaurant chain that operates in the Chicagoland area.

---

[1] "Debtors" refers to the Jointly Administered Debtors – identified in paragraph 2 above.

4. The Debtors' restaurant chain is primarily owned by various members of a family who are well known in the area for operating quality restaurants.

5. Pursuant to Section §327(a) of the Bankruptcy Code, the Debtors, with Court approval, may employ attorneys, accountants, appraisers, auctioneers or other professional persons, all of whom must be disinterested.

6. That pursuant to an Attorney Retention Agreement the Debtors retained the services of Querrey & Harrow, Ltd. ("QH") and consented to a referral fee of 1/3 of any retainers paid as compensation for the law firm of Sandman, Levy, Petrich ("SLP") for origination services, expediting communications with the Debtors, for negotiations with secured creditors and trouble shooting problems as they arise. [2]

7. The firm of QUERREY & HARROW, LTD. is not owed any money by the estate nor does it have any interest adverse to the interests of this estate or any class of creditors or equity security holders and is considered a disinterested person under the Bankruptcy Code and accordingly qualified to serve as counsel pursuant to Section §327 of the Bankruptcy Code.

8. The professional services to be rendered by the above named law firm can generally be described as follows:

(a) To render legal advice with respect to the powers and duties of the Debtor;

(b) To prepare all necessary pleadings, orders and reports with respect to this proceeding (and or its joint administration with related cases) and to render all other legal services as may be necessary proper therein; and

(c) To do the necessary legal work regarding approval of the disclosure statement and plan.

9. Section §327(a) of the Bankruptcy Code provides that, subject to Court approval, the compensation of any professional person may be on any reasonable terms and conditions including

---

[2] Affidavits of Counsel are attached as exhibit in support of the allegations contained in this motion.

on a retainer, hourly basis or contingent fee arrangement. The Debtors believe that the above described counsel should be paid their normal hourly rate.

10. The law firm of QUERREY & HARROW, LTD. is experienced bankruptcy counsel and through its retention the Debtor in Possession will be able to proceed expeditiously and effectively in this Court to the benefit of all parties in interest members of the firm of QUERREY & HARROW, LTD. have represented an average of six Chapter 11 debtors per year over the last twenty years. The firm's members have brought approximately 80% of those debtors to a confirmed plan. In support of this motion, Debtor attaches hereto the affidavits of Robert R. Benjamin, Beverly A. Berneman, and Eileen M. Sethna of QUERREY & HARROW, LTD.

WHEREFORE, Debtors pray that an order be entered that:

A. It is authorized as of November 24, 2009 to employ Robert R. Benjamin, Beverly A. Berneman, and Eileen M. Sethna of the law firm QUERREY & HARROW, LTD. as counsel for the each respective Debtor in the jointly administered proceedings;

B. This Court find the above-described counsel qualified to serve as counsel for the Debtors in Possession pursuant to Section §327 of the Bankruptcy Code and that said counsel are disinterested within the definition of that term under Section §101(13)(E) of said Code;

C. Counsel shall be entitled to file applications with this Court for compensation based on services rendered by said counsel in accordance with their usual and customary hourly rates; and

D. For such other and further relief as this Court deems just and proper.

             BOSTON BLACKIES MANAGEMENT COMPANY, INC.
               /s/  *Eileen M. Sethna*
               Eileen M. Sethna, One of its attorneys

Robert R. Benjamin, (ARDC 0170429)
Beverly A. Berneman (ARDC 6189418)
Eileen M. Sethna (ARDC 6276640)
QUERREY & HARROW, LTD.
175 W. Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
Telephone: (312) 540-7000