# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSTON BLACKIES MANAGEMENT COMPANY, | § | Case No. 09-44643 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on       . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-44643 JS Judge: JACK B. SCHMETTERER | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, | Date Filed (f) or Converted (c): | 11/24/09 (f) |
| | | 341(a) Meeting Date: | 11/09/10 |
| For Period Ending: | 11/13/12 | Claims Bar Date: | 10/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 1,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 1.98 | FA |
| 3. BANK ACCOUNTS | 6,230.00 | 0.00 | | 15,280.84 | FA |
| 4. AUTOMOBILES AND OTHER VEHICLES | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT, FURNISHINGS, AND | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. SECURITY DEPOSITS | 726.00 | 0.00 | | 0.00 | FA |
| 7. Insurance refund | Unknown | 0.00 | | 14,543.00 | FA |
| 8. TRUSTEE BOND REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. VENDOR REFUND (u) | Unknown | 0.00 | | 3,275.43 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $16,956.00   $0.00      $34,101.25   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 01/01/13

/s/   BRENDA PORTER HELMS, TRUSTEE
_____   Date: 11/13/12
BRENDA PORTER HELMS, TRUSTEE

Case 09-44643 Doc 569 Filed 01/18/13 Entered 01/18/13 10:13:07 Desc Main
Document Page 4 of 12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-44643 -JS | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******5505  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1032 | | | | |
| For Period Ending: | 11/13/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/10 | 1 | Monarch BE LLC | earnest money on sale of business | 1129-000 | 1,000.00 | | 1,000.00 |
| * 05/25/10 | | Monarch BE LLC | earnest money on sale of business | 1129-003 | 90,000.00 | | 91,000.00 |
| * 05/25/10 | | Monarch BE LLC | earnest money on sale of business | 1129-003 | 9,000.00 | | 100,000.00 |
| * 06/07/10 | | Monarch BE LLC | earnest money on sale of business | 1129-003 | -90,000.00 | | 10,000.00 |
| * 06/07/10 | | Monarch BE LLC | earnest money on sale of business | 1129-003 | -9,000.00 | | 1,000.00 |
| * 06/08/10 | 1 | Monarch BE LLC | partial earnest money deposit | 1129-003 | 9,000.00 | | 10,000.00 |
| | | 2139 W. Lyndale St. | | | | | |
| | | Chicago IL 60647 | | | | | |
| * 06/10/10 | 1 | Monarch BE LLC | earnest money deposit | 1129-003 | 90,000.00 | | 100,000.00 |
| | | 2139 W. Lyndale St. | | | | | |
| | | Chicago IL 60647 | | | | | |
| * 06/28/10 | 1 | Monarch BE LLC | earnest money deposit | 1129-003 | -90,000.00 | | 10,000.00 |
| | | 2139 W. Lyndale St. | contract terminated | | | | |
| | | Chicago IL 60647 | | | | | |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 10,000.07 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 10,000.09 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 10,000.12 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 10,000.14 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 10,000.16 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 10,000.19 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 10,000.22 |
| * 01/11/11 | 1 | Monarch BE LLC | partial earnest money deposit | 1129-003 | -9,000.00 | | 1,000.22 |
| | | 2139 W. Lyndale St. | | | | | |
| | | Chicago IL 60647 | | | | | |
| * 01/11/11 | 000101 | International Sureties, Inc. | Bond premium  #016040892 | 2300-003 | | 1,000.22 | 0.00 |
| * 01/11/11 | 000101 | International Sureties, Inc. | Bond premium  #016040892 | 2300-003 | | -1,000.22 | 1,000.22 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,000.25 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,000.26 |

Page Subtotals       1,000.26       0.00

UST Form 101-7-TFR (5/1/2011) (Page: 4)
LFORM24
Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 09-44643 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5505 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1032 | | | |
| For Period Ending: | 11/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/11 | 3 | Boston Blackies | turnover of chapter funds | 1129-000 | 1,016.85 | | 2,017.11 |
| 03/05/11 | 3 | Boston Blackies | turnover of chapter 11 funds | 1129-000 | 4,589.56 | | 6,606.67 |
| 03/05/11 | 3 | Boston Blackies | turnover of chapter 11 funds | 1129-000 | 9,674.43 | | 16,281.10 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 16,281.20 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,281.33 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 16,281.47 |
| 06/17/11 | 000102 | A-American Self Storage 901 W. Adams St Chicago IL 60607 | rent for June and July 2011 | 2410-000 | | 322.00 | 15,959.47 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,959.60 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,959.73 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,959.87 |
| 09/02/11 | 7 | Future Services Inc. d/b/a Caro Insurance Services 3400 W. Lawrence Avenue Chicago IL 60625 | insurance refund | 1290-000 | 13,290.00 | | 29,249.87 |
| 09/06/11 | 000103 | A-American Self Storage 901 W. Adams St. Chicago IL 60607 | Rent August and Sept 2011 | 2420-000 | | 294.00 | 28,955.87 |
| 09/27/11 | 7 | Global Surety LLC 701 Polydras St #420 New Orleans LA 70139 | refund of trustee bond | 1280-000 | 1,253.00 | | 30,208.87 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 30,209.08 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 30,209.34 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.49 | 30,170.85 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,171.10 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.20 | 30,133.90 |
| 12/19/11 | 9 | Active Electrical Supply Co 4240 W. Lawrence Ave | refund of overpayment | 1290-000 | 3,275.43 | | 33,409.33 |

Page Subtotals    33,100.76    691.69

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-44643 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5505  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1032 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/11 | 2 | Chicago IL 60630 BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 33,409.56 |
| 12/28/11 | | Transfer to Acct #*******6148 | Final Posting Transfer | 9999-000 | | 33,409.56 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 34,101.25   34,101.25   0.00 |
| Less: Bank Transfers/CD's | 0.00   33,409.56 |
| Subtotal | 34,101.25   691.69 |
| Less: Payments to Debtors | 0.00 |
| Net | 34,101.25   691.69 |

Page Subtotals     0.23     33,409.56

FORM 2

Page: 4

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-44643 -JS |
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, |
| Taxpayer ID No: | *******1032 |
| For Period Ending: | 11/13/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6148  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/11 | | Transfer from Acct #*******5505 | Transfer In From MMA Account | 9999-000 | 33,409.56 | | 33,409.56 |
| 12/29/11 | 001001 | Illinois Department of Revenue | post-petition taxes | 6950-000 | | 1,731.19 | 31,678.37 |
| 01/20/12 | | GE Capital Franchise Finan | 12/30/11 wire to GECC per order Wire Transfer made 12/30/11 per December 2011 Court order | 4210-000 | | 31,678.37 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 33,409.56 | 33,409.56 | 0.00 |
| Less: Bank Transfers/CD's | | 33,409.56 | 0.00 | |
| Subtotal | | 0.00 | 33,409.56 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 33,409.56 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********5505 | 34,101.25 | 691.69 | 0.00 |
| Checking - Non Interest - ********6148 | 0.00 | 33,409.56 | 0.00 |
| | 34,101.25 | 34,101.25 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 11/13/12
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals   33,409.56   33,409.56

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-44643
Case Name: BOSTON BLACKIES MANAGEMENT COMPANY,
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | LEAF | $ | $ | $ | $ |
| 13 | Systems & Services Technologies | $ | $ | $ | $ |
| 23 | RBS Citizens | $ | $ | $ | $ |
| 24 | General Electric Capital Corp | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Fees: Office of U.S Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Illinois Dept of Revenue | $ | $ | $ |
| 16 | Illinois Dept of Employment Security | $ | $ | $ |
| 30 | Dept of Treasury | $ | $ | $ |
| 31 | Illinos Dept of Revenue | $ | $ | $ |
| 33 | Anthansios Grigorios | $ | $ | $ |

Total to be paid to priority creditors $_____

Remaining Balance $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | People's Gas | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FIA Card Services | $ | $ | $ |
| 3 | Illinios Dept of Revenue | $ | $ | $ |
| 4 | AM FM Broadcasting | $ | $ | $ |
| 5 | Illinois Paper & Copier Co | $ | $ | $ |
| 7 | Dino's & Sons | $ | $ | $ |
| 8 | Sysco Chicago | $ | $ | $ |
| 9 | A New Dairy | $ | $ | $ |
| 10 | A New Dairy Inc. | $ | $ | $ |
| 12 | Alwan Printing | $ | $ | $ |
| 14 | Illinois Dept of Employment Security | $ | $ | $ |
| 15 | Illinois Dept of Employment Security | $ | $ | $ |
| 16A | Illinois Dept of Employment Security | $ | $ | $ |
| 17 | Key Equipment Finance | $ | $ | $ |
| 18 | Rally Captial Services | $ | $ | $ |
| 19 | Waste Management | $ | $ | $ |
| 20 | Mark Solomon | $ | $ | $ |
| 21 | Dalmatian Fire Equipment Ltd | $ | $ | $ |
| 22 | Rona Keller | $ | $ | $ |
| 23A | RBS Citizens | $ | $ | $ |
| 25 | CoActiv Captial Partners | $ | $ | $ |
| 26 | Morgan & Bley | $ | $ | $ |
| 27 | US Foodservice | $ | $ | $ |
| 28 | Champion Energy Services | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | James Dee Plumbing Co | $ | $ | $ |
| 30A | Dept of Treasury | $ | $ | $ |
| 32 | Pitney Bowes Global | $ | $ | $ |
| 34 | Creative Food Processing Eqpt | $ | $ | $ |
| 36 | Lyon Financial | $ | $ | $ |
| 37 | Commonwealth Edison | $ | $ | $ |
| 38 | U.S. Foodservice Inc. | $ | $ | $ |
| 39 | Ecomputer Office Products | $ | $ | $ |
| 40 | Karl Krueger | $ | $ | $ |
| 41 | Jeanette Gutierrez | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE