# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSTON BLACKIES MANAGEMENT COMPANY, | § | Case No. 09-44643 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 s. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/28/2013 in Courtroom 682,
United States Courthouse
219 S. Dearborn Street
Chicago IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/18/2013          By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BOSTON BLACKIES MANAGEMENT § Case No. 09-44643
COMPANY,
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 34,101.25 |
| and approved disbursements of | $ | 34,101.25 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | LEAF | $ 75,223.58 | $ 75,223.58 | $ 0.00 | $ 0.00 |
| 13 | Systems & Services Technologies | $ 4,863.89 | $ 4,863.89 | $ 0.00 | $ 0.00 |
| 23 | RBS Citizens | $ 55,979.14 | $ 55,979.14 | $ 0.00 | $ 0.00 |
| 24 | General Electric Capital Corp | $ 6,275,307.03 | $ 6,275,307.03 | $ 31,678.37 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 4,160.13 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 995.27 | $ 0.00 | $ 0.00 |
| Fees: Office of U.S Trustee | $ 11,722.31 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $_____0.00

Remaining Balance   $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 147,209.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Illinois Dept of Revenue | $ 8,251.04 | $ 0.00 | $ 0.00 |
| 16 | Illinois Dept of Employment Security | $ 6,692.33 | $ 0.00 | $ 0.00 |
| 30 | Dept of Treasury | $ 121,566.41 | $ 0.00 | $ 0.00 |
| 31 | Illinos Dept of Revenue | $ 4,699.83 | $ 1,731.19 | $ 0.00 |
| 33 | Anthansios Grigorios | $ 6,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors   $_____0.00

Remaining Balance   $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,193,940.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | | Interim Payment to Date | | Proposed Payment | |
|---|---|---|---|---|---|---|---|
| 1 | People's Gas | $ | 178.92 | $ | 0.00 | $ | 0.00 |
| 2 | FIA Card Services | $ | 9,965.53 | $ | 0.00 | $ | 0.00 |
| 3 | Illinios Dept of Revenue | $ | 710.34 | $ | 0.00 | $ | 0.00 |
| 4 | AM FM Broadcasting | $ | 6,950.00 | $ | 0.00 | $ | 0.00 |
| 5 | Illinois Paper & Copier Co | $ | 327.98 | $ | 0.00 | $ | 0.00 |
| 7 | Dino's & Sons | $ | 2,300.00 | $ | 0.00 | $ | 0.00 |
| 8 | Sysco Chicago | $ | 1,262,310.36 | $ | 0.00 | $ | 0.00 |
| 9 | A New Dairy | $ | 4,036.46 | $ | 0.00 | $ | 0.00 |
| 10 | A New Dairy Inc. | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| 12 | Alwan Printing | $ | 1,210.00 | $ | 0.00 | $ | 0.00 |
| 14 | Illinois Dept of Employment Security | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| 15 | Illinois Dept of Employment Security | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| 16A | Illinois Dept of Employment Security | $ | 70.00 | $ | 0.00 | $ | 0.00 |
| 17 | Key Equipment Finance | $ | 22,116.35 | $ | 0.00 | $ | 0.00 |
| 18 | Rally Captial Services | $ | 60,500.00 | $ | 0.00 | $ | 0.00 |
| 19 | Waste Management | $ | 8,345.21 | $ | 0.00 | $ | 0.00 |
| 20 | Mark Solomon | $ | 1,503.00 | $ | 0.00 | $ | 0.00 |
| 21 | Dalmatian Fire Equipment Ltd | $ | 1,420.97 | $ | 0.00 | $ | 0.00 |
| 22 | Rona Keller | $ | 6,352.50 | $ | 0.00 | $ | 0.00 |
| 23A | RBS Citizens | $ | 983,962.25 | $ | 0.00 | $ | 0.00 |
| 25 | CoActiv Captial Partners | $ | 1,181,990.29 | $ | 0.00 | $ | 0.00 |
| 26 | Morgan & Bley | $ | 27,917.74 | $ | 0.00 | $ | 0.00 |
| 27 | US Foodservice | $ | 18,373.27 | $ | 0.00 | $ | 0.00 |
| 28 | Champion Energy Services | $ | 29,335.13 | $ | 0.00 | $ | 0.00 |
| 29 | James Dee Plumbing Co | $ | 54,086.55 | $ | 0.00 | $ | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 30A | Dept of Treasury | $ 28,514.23 | $ 0.00 | $ 0.00 |
| 32 | Pitney Bowes Global | $ 1,026.96 | $ 0.00 | $ 0.00 |
| 34 | Creative Food Processing Eqpt | $ 2,421.13 | $ 0.00 | $ 0.00 |
| 36 | Lyon Financial | $ 26,555.73 | $ 0.00 | $ 0.00 |
| 37 | Commonwealth Edison | $ 11,097.44 | $ 0.00 | $ 0.00 |
| 38 | U.S. Foodservice Inc. | $ 18,373.27 | $ 0.00 | $ 0.00 |
| 39 | Ecomputer Office Products | $ 359.24 | $ 0.00 | $ 0.00 |
| 40 | Karl Krueger | $ 371,629.87 | $ 0.00 | $ 0.00 |
| 41 | Jeanette Gutierrez | $ 50,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-44643-JBS
Boston Blackies Management Company, Inc.                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pseamann              Page 1 of 6                  Date Rcvd: Jan 22, 2013
                               Form ID: pdf006             Total Noticed: 116

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2013.
db         +Boston Blackies Management Company, Inc.,    801 W. Adams Street,    Suite 201,
             Chicago, IL 60607-3035
aty        +Ronald Rosenblum,    Rosenblum Vandenberg & Smith,    200 W Madison, #1950,
             Chicago, IL 60606-3499
14767900   +A New Dairy, Inc,    1234 W Randolph,    Chicago, IL 60607-1604
14837375   +AM FM BROADCASTING, INC,    c/o Clear Channel,    233 N Michigan Ave Suite 28,
             Chicago,il 60601-5704
14824180   +AM FM BROADCASTING, INC a Delaware corporation,    William G Schur,
             10 South LaSalle Street Suite 3500,    Chicago, Illinois 60603-1025
14767908   +AT&T,   Bankruptcy Dept,    PO Box 769,    Arlington, TX 76004-0769
14767901   +Alexandra E. Carson,    3320 Country Lane,    Long Grove, IL 60047-5072
14767902   #+Alexis Novitski,    420 E. Waterside Drive,    #403,   Chicago, IL 60601-8000
14767904    American Express,    PO Box 0001,    Los Angeles, CA 90096-0001
14767905   +Andy Bakopoulos,    5435 N. Kimball,    Chicago, IL 60625-4619
14767906   +Andy Bakopoulos.,    5435 N Kimball Ave,    Chicago, IL 60625-4619
14767907   +Anthansios Grigorios,    5001 W. Birchwood,    Skokie, IL 60077-3349
14767912    Becker Dairy,    NW 5724 PO Box 1450,    Minneapolis, MN 55485-5724
15166971   +Boston Blackies - 164 Grand,    164 E Grand Ave,    Chicago, IL 60611-3806
14767914   +Boston Blackies Lake Cook Plaza Inc,    801 West Adams Street,    Suite 201,
             Chicago, IL 60607-3035
14767915   +Boston Blackies Naperville LLC,    801 West Adams Street,    Suite 201,   Chicago, IL 60607-3035
15166977    Boston Blackies Properties of II Inc,    801 Wesdt Adams Suite 201,    Chicago, IL 60607
15166978    Boston Blackies Properties of IV Inc,    801 Wesdt Adams Suite 201,    Chicago, IL 60607
15166976   +Boston Blackies of Arlington Heights,    222 Algonquin Rd,    Arlington Hts, IL 60005-4662
14767916   +Boston Blackies of Arlington Hts,    801 West Adams Street,    Suite 201,   Chicago, IL 60607-3035
15166974   +Boston Blackies of Lake Cook Plaza,    405 Lake Cook Road,    Deerfield, IL 60015-4991
14767917   +Boston Blackies of Lincoln Park LLC,    1962 N Halsted,    Chicago, IL 60614-5009
14767918   +Boston Blackies of Riverside Plaza,    801 West Adams Street,    Suite 201,
             Chicago, IL 60607-3035
15166975   +Boston Blackies of Riverside Plaza,    120 S Riverside Plaza Floor 1,    Chicago, IL 60606-3947
14767919   +Boston Blackies of Skokie, Inc.,    9525 Skokie Blvd.,    Skokie, IL 60077-1314
15166972    Boston Blackies of Tinley Park,    6775 174th Street,    Tinley Park, IL 60477
15166973   +Boston Blackies of Winnetka Inc,    72 Green Bay Road,    Glenoe, IL 60022
14767920   +Boston Blackies of Winnetka LLC,    801 West Adams Street,    Suite 201,   Chicago, IL 60607-3035
14767921   +Business Paper Products,    3057 N Rockwell St,    Chicago, IL 60618-7917
15166979   +CBS Radio,    1700 Broadway 10th Floor,    New York, NY 10019-5905
14767922    Candido Barrios,    1227 127th Street,    Winnetka, IL 60093
14767923   +Caro Insurance,    16520 106th Ct,    Orland Park, IL 60467-4547
14767925   +Chris Giannis,    801 West Adams Street,    Suite 201,   Chicago, IL 60607-3035
14767926    Clear Channel Radio,    PO Box 847247,    Dallas, TX 75284-7247
15168469   +CoActiv Capital Partners, Inc.,,    c/o Deeb Petrakis Blum & Murphy, PC,,
             1601 Market Street, Suite 2600,,    Philadelphia, PA 19103-2349
15166981   +Comcast Spotlight,    8745 W Higgins Rd 4th Floor,    Chicago, IL 60631-2750
14767928   +Constantine Giaouris,    8030 S McVicker,    Burbank, IL 60459-1908
14767930    Conway Import,    PO Box 982020,    N. Richland Hills, TX 76182-8020
15151610    Dalmatian Fire Equipment Ltd,    531 Monroe Street,    Dolton, IL 60419-1134
14767948   +++Dept of the Treasury,    Internal Revenue Service,    P O Box 21126,    Philadelphia, PA 19114-0326
14767932   +Dino's & Sons,    6059 N Hermitage St,    Chicago, IL 60660-2303
14767933   +Dish Network,    Dept. 0063,    Palatine, IL 60055-0001
14767934   +Donick Holdings, Inc.,    801 West Adams Street,    Suite 201,   Chicago, IL 60607-3035
14767936   +Donna Giannis,    801 West Adams Street,    Suite 201,   Chicago, IL 60607-3035
14767935   +Donna Giannis,    6424 Tower Ct.,    Lincolnwood, IL 60712-4208
14767937   +Ecomputer Office Products,    655 W Grand Ave,    Suite 170,   Elmhurst, IL 60126-1061
14767938   +Economy Packing Co., Inc.,    939 W Fulton St,    Chicago, IL 60607
14767939   +Emir Rojas,    1017 10th Street,    Winnetka, IL 60093-2815
14811214   +FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO,    BANK OF AMERICA, NA AND MBNA AMERICA BAN,
             1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
14767940   +Fadia Muhamad,    5120 W 91st,    Oak Lawn, IL 60453-1732
14767943   +GE Capital Corp.,    c/o R. Peterson, Jenner & Block,    330 N Wabash Ave, 38th Flr,
             Chicago, IL 60611-3586
14767942   +GE Capital Corp.,    8377 E. Hartford Drive,    Suite 200,   Scottsdale, AZ 85255-5687
15159990   +General Electric Capital Corporation,    Attn: Collateral Management,
             8377 East Hartford Drive, Suite 200,    Scottsdale, AZ 85255-5687
14767944   +Hector Perez,    8801 D Robin Rd,    Des Plaines, IL 60016-5471
14767945   +IL Dept. of Employment Security,    33 S. State Street,    Chicago, IL 60603-2808
14767946   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    101 W Jefferson St,
             Springfield, IL 62702)
14923770   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14813894    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
14767947   +Illinois Paper & Copier Co,    6 Territorial Ct,    Boilingbrook, IL 60440-4662
15166982    Imagetec LP,    PO Box 3083,    Cedar Rapids, IA 52406-3083
14767949    J. Pappas Accounting Group,    17 W 729 A Roosevelt Rd,    Oak Brook Terrace, IL 60181

```
District/off: 0752-1          User: pseamann              Page 2 of 6             Date Rcvd: Jan 22, 2013
                              Form ID: pdf006             Total Noticed: 116

15234606     +James Dee Plumbing,    2325 W. North Avenue,    Chicago, Illinois 60647-5369
15234631     +James Dee Plumbing Company,    c/o John D Landry Esq Landry & Assoc,
               120 E Ogden Avenue Suite 212,    Hinsdale, IL 60521-3546
15166983     +Jeanette Gutierrez,    c/o Alan C Medelson,    77 West Washington St Suite 505,
               Chicago, IL 60602-3326
14767952     +Kurt Krueger,    c/o Anthony Campanale,    19 S LaSalle St, Ste 1500,    Chicago, IL 60603-1413
14848746     +LEAF,   P O Box 644006,    Cincinnati, OH 45264-0309
14767953     +Laura Romano,    901 S Laflin #1,    Chicago, IL 60607-4023
14767954     +Laura Romano,    901 S. Laflin,    Apt. 1,    Chicago, IL 60607-4023
14767955     +Law Offices of Ancel, Glink & Kraftheder,     140 S Dearborn St,    6th Floor,
               Chicago, IL 60603-5226
14767956     +Lomar Law Offices,    111 W Washington St,    Suite 823,    Chicago, IL 60602-2789
14767957     +Lyon Financial,    1310 Madrid Street,    Suite 106,    Marshall, MN 56258-4006
14767958     +Maka Cholokava,    350 W. Gelden Avenue,    #613,    Chicago, IL 60614-6322
14767959      Mark Solomon,    PO Box 934,    Northbrook, IL 60065-0934
14767960     +Morgan & Bley,    900 W Jackson #4E,    Chicago, IL 60607-3745
15168969     +Morgan & Bley, Ltd.,    900 West Jackson Blvd.,     Suite 4 East,    Chicago, Illinois 60607-3745
14767964     +NSN Employer Services,    PO Box 617665,    Chicago, IL 60661-7665
14767961     +National Republic Bank,    1201 W Harrison St,    Chicago, IL 60607-3329
14767963     +Nick Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14767962     +Nick Giannis,    6424 Tower Ct.,    Lincolnwood, IL 60712-4208
14767899     +One Hundred Sixty Four Grand Inc.,     801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14807811     +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6203
14767965     +Peerless Building Partnership,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14767966      Peoples Energy,    Chicago, IL 60687-0001
14767967     +Phoenix Food Equipment, Inc.,    17079 Westview Ave,    Suite B,    South Holland, IL 60473-2771
15166984     +Pioneer Newspapers,    3701 W Lake Avenue,    Glenview, IL 60026-1277
14767968     +Quality Filter Service,    PO Box 1765,    North Riverside, IL 60546-5765
14767970     +RBS Citizens, NA d/b/a Charter One,     c/o Riemer & Braunstein, LLP,    71 S. Wacker Dr., Ste. 3515,
               Chicago, IL 60606-4610
14767969     +Rally Capital Services, LLC.,    350 N. LaSalle Street,    Suite 1100,    Chicago, IL 60654-5131
15152435     +Rona Keller,    626 W Randolph St # 402,    Chicago, IL 60661-2200
14767971     +Ronald Rosenblum & Assoc,    111 W Washington St,    Suite 823,    Chicago, IL 60602-2789
14767972      Shell Fleet Plus,    Processing Center,    PO Box 183019,    Columbus, OH 43218-3019
14767973     +Sysco Chicago Inc.,    c/o McMahan & Sigunick Ltd.,     412 S. Wells St, 6th Flr,
               Chicago, IL 60607-3972
14767974     +Systems & Services Technologies Inc,    4315 Pickett Road,     PO Box 790079,
               Saint Louis, MO 63179-0079
14800155     +Systems & Services Technologies, Inc.,     PO BOX 829009,    Dallas, TX 75382-9009
14767975      Systems & Services Technologies, Inc..,     PO Box 790079,    St Louis, MO 63179-0079
14767977     +TEC Foods, Inc,    PO Box 410727,    Chicago, IL 60641-0727
14767976     +Taxiarhis Holevas,    5040 N. Washtenaw,    Chicago, IL 60625-2728
14767978     +Tri-Mark Marlin,    6100 W 73rd St,    Suite 1,    Bedford Park, IL 60638-6107
14767980      Versa Foods, Inc.,    320 W Gerri Lane,    Addison, IL 60101-5012
15166988     +Vianney A Alvarez,    8336 S Menard,    Burbank, IL 60459-2658
14767981     +Vince’s Food Co.,    PO Box 176,    Addison, IL 60101-0176
14767982      Waste Management,    PO Box 4648,    Carol Stream, IL 60197-4648
14973100     +Waste Management-RMC,    2625 W Grandview Rd Ste 150,    Phoenix, AZ 85023-3109
14767983     +Welsh & Katz  LTD,    120 S. Riverside Plaza,    22nd Floor,    Chicago, IL 60606-3912
14767984      Wichita Packing Co.,    1315 W Fulton Market,    Chicago, IL 60607
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14767908     +E-mail/Text: g17768@att.com Jan 23 2013 06:44:12      AT&T,    Bankruptcy Dept,    PO Box 769,
               Arlington, TX 76004-0769
15190302     +E-mail/Text: mcampbell@championenergyservices.com Jan 23 2013 07:19:50
               Champion Energy Services LLC,    c/o Will Saunders,    13831 NW Frwy Ste 500,
               Houston, TX 77040-5225
14767927     +E-mail/Text: legalcollections@comed.com Jan 23 2013 05:42:35      ComEd,
               Cust Care Cntr, Attn: Revenue Mgmt,    2100 Swift Drive,    Oak Brook, IL 60523-1559
16633854     +E-mail/Text: legalcollections@comed.com Jan 23 2013 05:42:35      Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
14767951     +E-mail/Text: rita.robles@key.com Jan 23 2013 06:47:55      Key Equipment Finance,
               1000 S McCaslin Blvd,    Superior, CO 80027-9437
14767950     +E-mail/Text: rita.robles@key.com Jan 23 2013 06:47:55      Key Equipment Finance,
               11030 Circle Point Rd,    2nd Floor,    Westminster, CO 80020-2775
16244743     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 23 2013 07:34:17       Office of the U.S. Trustee,
               William T Neary US Trustee,    219 S Dearborn Room 873,    Chicago, IL 60604-2027
15337944     +E-mail/Text: bankruptcy@pb.com Jan 23 2013 05:42:58      Pitney Bowes Global Financial Services,
               Pitney Bowes Inc,    27 Waterview Drive,    Shelton, CT 06484-4361
15166985     +E-mail/Text: bankruptcy@pb.com Jan 23 2013 05:42:58      Pitney Bowes Global Financila Serv,
               PO Box 856460,    Louisville, KY 40285-6460
15166986     +E-mail/Text: collections@bluelynxmedia.com Jan 23 2013 08:43:28       Tribue Company,
               435 N Michigan Ave,    Chicago, IL 60611-4024
17530803     +E-mail/Text: ebn.bankruptcy@usfoods.com Jan 23 2013 08:43:11      U.S. Foodservice, Inc.,
               C/o Dorothy G Capers,    9399 W Higgins Road Suite 600,    Rosemont, IL 60018-4940
14767979     +E-mail/Text: ebn.bankruptcy@usfoods.com Jan 23 2013 08:43:11      US Foodservice,
               9399 W Higgins Road Suite 600,    Rosemont, IL 60018-4940
                                                                                              TOTAL: 12
```

```
District/off: 0752-1          User: pseamann           Page 3 of 6            Date Rcvd: Jan 22, 2013
                              Form ID: pdf006          Total Noticed: 116


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14767909*    +AT&T.,    Bankruptcy Dept,    PO Box 769,    Arlington, TX 76004-0769
14767910*    +AT&T..,    Bankruptcy Dept,    PO Box 769,    Arlington, TX 76004-0769
14767929*    +Constantine Giaouris,    8030 S. McVicker,    Burbank, IL 60459-1908
14767941*    +Fadia Muhamad,    5120 W. 91st,    Oak Lawn, IL 60453-1732
14923795*    +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14929499*    +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14955915*    +Key Equipment Finance Inc.,    1000 S. McCaslin Blvd.,    Superior, CO 80027-9437
15166987*    +Versa Foods Inc,    320 W Gerri Lane,    Addison, IL 60101-5012
14767903    ##+Alwan Printing,    7549 W 99th Pl,    Bridgeview, IL 60455-2404
15166970    ##+Amcore Bank,    501 Seventh Street,    PO Box 1537,    Rockford, IL 61110-0037
14767911     ##Bank of America,    PO Box 17322,    Baltimore, MD 21297-1322
14767913    ##+Boston Blackies Clearing,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14767924    ##+Chris Giannis,    6424 Tower Court,    Lincolnwood, IL 60712-4208
15166980    ##+Cleaver Ideas Inc,    29 North Wacker Dr Suite 1000,    Chicago, IL 60606-2875
14767931    ##+Creative Food Processing Equipment, LLC,    1951 W 21st St,    Unit 1,    Broadview, IL 60155-4607
                                                                                TOTALS: 0, * 8, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2013**                    **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1           User: pseamann              Page 4 of 6                   Date Rcvd: Jan 22, 2013
                               Form ID: pdf006             Total Noticed: 116
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2013 at the address(es) listed below:

          Alex Darcy    on behalf of Creditor   Lyon Financial Services, Inc. adarcy@askounisdarcy.com
          Anthony C. Campanale    on behalf of Creditor Kurt Krueger accampanale@acclaw.com
          Ariel Weissberg    on behalf of Creditor   National Republic Bank Of Chicago
           ariel@weissberglaw.com,
           Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
          Beverly A Berneman    on behalf of Plaintiff   Boston Blackies of Winnetka, Inc.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Debtor   Boston Blackies of Naperville, LLC
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Debtor   Boston Blackies of Winnetka, Inc.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Debtor   Boston Blackies of Riverside Plaza, Inc.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Plaintiff   Boston Blackies Management Company, Inc.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Debtor   Boston Blackies - 164 East Grand
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Plaintiff   Boston Blackies - 164 East Grand
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Plaintiff   Boston Blackies of Lake Cook Plaza, Inc.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Plaintiff   Boston Blackies of Naperville, LLC
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Debtor   Boston Blackies of Lake Cook Plaza, Inc.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Debtor   Boston Blackies Management Company, Inc.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Plaintiff   Boston Blackies of Riverside Plaza, Inc.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Debtor   Boston Blackies of Arlington Heights
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Beverly A Berneman    on behalf of Plaintiff   Boston Blackies of Arlington Heights
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
           om;myproductionss@gmail.com
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
          Bruce E de'Medici    on behalf of Creditor    BANK OF AMERICA bdemedici@gmail.com
          Bryan K Duplechain    on behalf of Creditor   Coactiv Capital Partners, Inc.
           bduplechain@sanchezdh.com
          C David Ward    on behalf of Creditor David Paul Lambert cdward1945@yahoo.com,   ladylaw1031@msn.com
          Christopher B Lega    on behalf of Defendant    RBS Citizens, N.A. d/b/a Charter One
           chrislega@gmail.com
          David R Brown, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          David R Brown, ESQ    on behalf of Trustee Brenda Porter Helms dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          Dean C Harvalis    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           constantine.harvalis@usdoj.gov
          Donna B Wallace    on behalf of Creditor Kurt Krueger dbwallace@ameritech.net
          Eileen M Sethna    on behalf of Plaintiff   Boston Blackies of Arlington Heights
           esethna@chuhak.com,   rsaldivar@chuhak.com

```
District/off: 0752-1           User: pseamann              Page 5 of 6                  Date Rcvd: Jan 22, 2013
                               Form ID: pdf006             Total Noticed: 116
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Eileen M Sethna  on behalf of Plaintiff  Boston Blackies of Riverside Plaza, Inc.
     esethna@chuhak.com, rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Plaintiff  Boston Blackies of Naperville, LLC esethna@chuhak.com,
     rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Plaintiff  Boston Blackies of Lake Cook Plaza, Inc.
     esethna@chuhak.com, rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Debtor  Boston Blackies of Arlington Heights esethna@chuhak.com,
     rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Debtor  Boston Blackies of Lake Cook Plaza, Inc.
     esethna@chuhak.com, rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Debtor  Boston Blackies of Naperville, LLC esethna@chuhak.com,
     rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Plaintiff  Boston Blackies of Winnetka, Inc. esethna@chuhak.com,
     rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Debtor  Boston Blackies of Riverside Plaza, Inc.
     esethna@chuhak.com, rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Debtor  Boston Blackies - 164 East Grand esethna@chuhak.com,
     rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Debtor  Boston Blackies of Winnetka, Inc. esethna@chuhak.com,
     rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Plaintiff  Boston Blackies - 164 East Grand esethna@chuhak.com,
     rsaldivar@chuhak.com
    Eileen M Sethna  on behalf of Plaintiff  Boston Blackies Management Company, Inc.
     esethna@chuhak.com, rsaldivar@chuhak.com
    Francisco Connell  on behalf of Creditor  Ciena Capital fconnell@chuhak.com,
     abautista@chuhak.com
    Francisco Connell  on behalf of Creditor  Ciena Capital, LLC fconnell@chuhak.com,
     abautista@chuhak.com
    J Mark Fisher  on behalf of Interested Party  Monarch BE LLC mfisher@schiffhardin.com,
     edocket@schiffhardin.com;sricciardi@schiffhardin.com
    Jeffrey D Ganz  on behalf of Creditor  RBS Citizens, N.A., d/b/a Charter One, successor by
     merger with Charter One Bank, N.A. jganz@riemerlaw.com, saguado@riemerlaw.com
    Jeffrey D Ganz  on behalf of Defendant  RBS Citizens, N.A. d/b/a Charter One
     jganz@riemerlaw.com, saguado@riemerlaw.com
    John F. Torres  on behalf of Creditor  Toyota Motor Credit Corporation jftlaw@earthlink.net
    Jon C Vigano  on behalf of Interested Party  Monarch BE LLC jvigano@schiffhardin.com,
     edocket@schiffhardin.com;rkafferly@schiffhardin.com
    Konstantine T. Sparagis  on behalf of Creditor  Boston Blackies Properties IV, LLC
     gsparagi@yahoo.com,
     mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
     ester@msn.com;gus@bestclientinc.com
    Konstantine T. Sparagis  on behalf of Creditor  Boston Blackies Properties II, LLC
     gsparagi@yahoo.com,
     mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
     ester@msn.com;gus@bestclientinc.com
    Mary Crawford  on behalf of Creditor  10/120 South Riverside Property
     mary.crawford@libertymutual.com
    Mary Crawford  on behalf of Creditor  10/120 South Riverside Property Fee
     mary.crawford@libertymutual.com
    Mary Crawford  on behalf of Creditor  Jones Lang Lasalle mary.crawford@libertymutual.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Robert R Benjamin  on behalf of Debtor  Boston Blackies of Naperville, LLC
     rrbenjamin@golanchristie.com,
     lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
     om;myproductionss@gmail.com;aprior@golanchristie.com
    Robert R Benjamin  on behalf of Debtor  Boston Blackies of Riverside Plaza, Inc.
     rrbenjamin@golanchristie.com,
     lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
     om;myproductionss@gmail.com;aprior@golanchristie.com
    Robert R Benjamin  on behalf of Plaintiff  Boston Blackies of Lake Cook Plaza, Inc.
     rrbenjamin@golanchristie.com,
     lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
     om;myproductionss@gmail.com;aprior@golanchristie.com
    Robert R Benjamin  on behalf of Debtor  Boston Blackies - 164 East Grand
     rrbenjamin@golanchristie.com,
     lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
     om;myproductionss@gmail.com;aprior@golanchristie.com
    Robert R Benjamin  on behalf of Plaintiff  Boston Blackies of Riverside Plaza, Inc.
     rrbenjamin@golanchristie.com,
     lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
     om;myproductionss@gmail.com;aprior@golanchristie.com
    Robert R Benjamin  on behalf of Plaintiff  Boston Blackies Management Company, Inc.
     rrbenjamin@golanchristie.com,
     lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
     om;myproductionss@gmail.com;aprior@golanchristie.com

```
District/off: 0752-1           User: pseamann              Page 6 of 6                  Date Rcvd: Jan 22, 2013
                               Form ID: pdf006             Total Noticed: 116
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Robert R Benjamin    on behalf of Debtor    Boston Blackies Management Company, Inc.
       rrbenjamin@golanchristie.com,
       lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
       om;myproductionss@gmail.com;aprior@golanchristie.com
      Robert R Benjamin    on behalf of Plaintiff    Boston Blackies of Naperville, LLC
       rrbenjamin@golanchristie.com,
       lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
       om;myproductionss@gmail.com;aprior@golanchristie.com
      Robert R Benjamin    on behalf of Plaintiff    Boston Blackies of Arlington Heights
       rrbenjamin@golanchristie.com,
       lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
       om;myproductionss@gmail.com;aprior@golanchristie.com
      Robert R Benjamin    on behalf of Debtor    Boston Blackies of Lake Cook Plaza, Inc.
       rrbenjamin@golanchristie.com,
       lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
       om;myproductionss@gmail.com;aprior@golanchristie.com
      Robert R Benjamin    on behalf of Debtor    Boston Blackies of Winnetka, Inc.
       rrbenjamin@golanchristie.com,
       lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
       om;myproductionss@gmail.com;aprior@golanchristie.com
      Robert R Benjamin    on behalf of Debtor    Boston Blackies of Arlington Heights
       rrbenjamin@golanchristie.com,
       lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
       om;myproductionss@gmail.com;aprior@golanchristie.com
      Robert R Benjamin    on behalf of Plaintiff    Boston Blackies - 164 East Grand
       rrbenjamin@golanchristie.com,
       lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
       om;myproductionss@gmail.com;aprior@golanchristie.com
      Robert R Benjamin    on behalf of Plaintiff    Boston Blackies of Winnetka, Inc.
       rrbenjamin@golanchristie.com,
       lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
       om;myproductionss@gmail.com;aprior@golanchristie.com
      Ronald Peterson    on behalf of Creditor    General Electric Capital Corporation
       rpeterson@jenner.com,  lraiford@jenner.com
      Terri M Long    on behalf of Creditor    Systems & Services Technologies, Inc. Courts@tmlong.com
      Thomas M Lombardo    on behalf of Defendant    RBS Citizens, N.A. d/b/a Charter One
       tlombardo@riemerlaw.com
      Thomas M Lombardo    on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by
       merger with Charter One Bank, N.A. tlombardo@riemerlaw.com

                                                                                                                 TOTAL: 70