# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| Boston Blackies Managment Co. ) | **Bankruptcy No.** 09 B 44643 |
| ) | |
| **Debtor(s)** ) | |
| ) | |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above - captioned case for another status hearing on   July 25, 2013 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Brend Porter Helms, is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: 6/26/13

In re: Boston Blackies Management Company
Bankruptcy No. 09 B 44643

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 2 8 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

represented by Robert R Benjamin
Golan & Christie, LLP
70 West Madison Street
Suite 1500
Chicago, IL 60602

Beverly A Berneman
Golan & Christie, LLP
70 West Madison Street
Suite 1500
Chicago, IL 60602

Ronald Rosenblum
Rosenblum Vandenberg & Smith
200 W Madison, #1950
Chicago, IL 60606

Trustee
Brenda Porter Helms, ESQ
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, IL 60625

represented by David Brown, ESQ
Springer Brown, LLC
400 South County Farm Road
Suite 330
Wheaton, IL 60187

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

**Served through First Clasee Mail**

Debtor
Boston Blackies Management Company, Inc.
801 W. Adams Street
Suite 201
Chicago, IL 60607