UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BOSTON BLACKIES MANAGEMENT § Case No. 09-44643
COMPANY,
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           , and it was converted to chapter 7 on . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 24 | GENERAL ELECTRIC CAPITAL CORP | | | | | |
| 6 | LEAF | | | | | |
| 13 | SYSTEMS & SERVICES TECHNOLOGIES | | | | | |
| 23 | CITIZENS, RBS | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STORAGE, A-AMERICAN SELF | | | | | |
| STORAGE, A-AMERICAN SELF | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| OFFICE OF U.S TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLIONOIS DEPARTMETNT OF REVENUE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Bakopoulos | | | | | |
| | A. Carson | | | | | |
| | A. Novitski | | | | | |
| | C. Barrios | | | | | |
| | C. Giannis | | | | | |
| | C. Giaouris | | | | | |
| | D. Diannis | | | | | |
| | E. Rojas | | | | | |
| | F. Muhamad | | | | | |
| | H. Perez | | | | | |
| | IRS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | L. Romano | | | | | |
| | M. Cholokava | | | | | |
| | N. Giannis | | | | | |
| | T. Holevas | | | | | |
| 33 | GRIGORIOS, ANTHANSIOS | | | | | |
| 30 | DEPT OF TREASURY | | | | | |
| 16 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 3A | ILLINOIS DEPT OF REVENUE | | | | | |
| 31 | ILLINOS DEPT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&T | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | | | | |
| | AT&T | | | | | |
| | Amcore Bank | | | | | |
| | American Express | | | | | |
| | Andy Bakopoulos | | | | | |
| | Bank of America | | | | | |
| | Becker Dairy | | | | | |
| | Boston Blackies 164 E Grand | | | | | |
| | Boston Blackies Arlington Heights | | | | | |
| | Boston Blackies Clearing | | | | | |
| | Boston Blackies Lake Cook | | | | | |
| | Boston Blackies Property II | | | | | |
| | Boston Blackies Property IV | | | | | |
| | Boston Blackies Riverside | | | | | |
| | Boston Blackies Skokie | | | | | |
| | Boston Blackies Tinley Park | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boston Blackies Winnetka | | | | | |
| | Business Paper Products | | | | | |
| | C. Giaouris | | | | | |
| | CBS Radio | | | | | |
| | Caro Insurance | | | | | |
| | Chris Giannis | | | | | |
| | Clear Channel Radio | | | | | |
| | Clever Ideas | | | | | |
| | Comcast Spotlight | | | | | |
| | Conway Import | | | | | |
| | Dish Network | | | | | |
| | Donna Giannis | | | | | |
| | Economy Packing Co. | | | | | |
| | Fadia Muhamad | | | | | |
| | Imagetec LP | | | | | |
| | J. Pappas Accounting roup | | | | | |
| | Laura Romano | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Office Ancel Glink | | | | | |
| | Leaf | | | | | |
| | Lomar Law Office | | | | | |
| | Mark Solomon | | | | | |
| | NSN Employer Services | | | | | |
| | National Republic Bank | | | | | |
| | National Republic Bank | | | | | |
| | Nick Giannis | | | | | |
| | Peerless Building Partnership | | | | | |
| | Peoples Energy | | | | | |
| | Phoenix Food Equipment | | | | | |
| | Pioneer Newspapers | | | | | |
| | Quality Filter Services | | | | | |
| | Ronald Rosenblum & Assoc. | | | | | |
| | Shell Fleet Plus | | | | | |
| | Systems & Services Tech | | | | | |
| | TEC Foods Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tri-Mark Marlin | | | | | |
| | Tribune Company | | | | | |
| | Versa Foods, Inc. | | | | | |
| | Vianney Alvarez | | | | | |
| | Vinces Food | | | | | |
| | Waste management | | | | | |
| | Welsch & Katz | | | | | |
| | Wichita Packing Co. | | | | | |
| 10 | A NEW DAIRY INC. | | | | | |
| 4 | BROADCASTING, AM FM | | | | | |
| 28 | CHAMPION ENERGY SERVICES | | | | | |
| 8 | CHICAGO, SYSCO | | | | | |
| 23A | CITIZENS, RBS | | | | | |
| 25 | COACTIV CAPTIAL PARTNERS | | | | | |
| 9 | DAIRY, A NEW | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | DALMATIAN FIRE EQUIPMENT LTD | | | | | |
| 30A | DEPT OF TREASURY | | | | | |
| 7 | DINO'S & SONS | | | | | |
| 37 | EDISON, COMMONWEALTH | | | | | |
| 34 | EQPT, CREATIVE FOOD PROCESSING | | | | | |
| 2 | FIA CARD SERVICES | | | | | |
| 17 | FINANCE, KEY EQUIPMENT | | | | | |
| 27 | FOODSERVICE, US | | | | | |
| 1 | GAS | | | | | |
| 32 | GLOBAL, PITNEY BOWES | | | | | |
| 41 | GUTIERREZ, JEANETTE | | | | | |
| 3 | ILLINIOS DEPT OF REVENUE | | | | | |
| 14 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 16A | ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| 5 | ILLINOIS PAPER & COPIER CO | | | | | |
| 29 | JAMES DEE PLUMBING CO | | | | | |
| 22 | KELLER, RONA | | | | | |
| 40 | KRUEGER, KARL | | | | | |
| 36 | LYON FINANCIAL | | | | | |
| 19 | MANAGEMENT, WASTE | | | | | |
| 26 | MORGAN & BLEY | | | | | |
| 12 | PRINTING, ALWAN | | | | | |
| 39 | PRODUCTS, ECOMPUTER OFFICE | | | | | |
| 18 | RALLY CAPTIAL SERVICES | | | | | |
| 20 | SOLOMON, MARK | | | | | |
| 38 | U.S. FOODSERVICE INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-44643 JS Judge: JACK B. SCHMETTERER | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, | Date Filed (f) or Converted (c): | 11/24/09 (f) |
| | | 341(a) Meeting Date: | 11/09/10 |
| For Period Ending: | 04/02/13 | Claims Bar Date: | 10/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 1,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 1.98 | FA |
| 3. BANK ACCOUNTS | 6,230.00 | 0.00 | | 15,280.84 | FA |
| 4. AUTOMOBILES AND OTHER VEHICLES | 5,000.00 | 0.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT, FURNISHINGS, AND | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. SECURITY DEPOSITS | 726.00 | 0.00 | | 0.00 | FA |
| 7. Insurance refund | Unknown | 0.00 | | 14,543.00 | FA |
| 8. TRUSTEE BOND REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. VENDOR REFUND (u) | Unknown | 0.00 | | 3,275.43 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $16,956.00   $0.00   $34,101.25   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 01/01/13

/s/     BRENDA PORTER HELMS, TRUSTEE
_____     Date: 04/02/13
BRENDA PORTER HELMS, TRUSTEE

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44643 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5505  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1032 | | |
| For Period Ending: | 04/02/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/10 | 1 | Monarch BE LLC | earnest money on sale of business | 1129-000 | 1,000.00 | | 1,000.00 |
| * 05/25/10 | | Monarch BE LLC | earnest money on sale of business | 1129-003 | 90,000.00 | | 91,000.00 |
| * 05/25/10 | | Monarch BE LLC | earnest money on sale of business | 1129-003 | 9,000.00 | | 100,000.00 |
| * 06/07/10 | | Monarch BE LLC | earnest money on sale of business | 1129-003 | -90,000.00 | | 10,000.00 |
| * 06/07/10 | | Monarch BE LLC | earnest money on sale of business | 1129-003 | -9,000.00 | | 1,000.00 |
| * 06/08/10 | 1 | Monarch BE LLC 2139 W. Lyndale St. Chicago IL 60647 | partial earnest money deposit | 1129-003 | 9,000.00 | | 10,000.00 |
| * 06/10/10 | 1 | Monarch BE LLC 2139 W. Lyndale St. Chicago IL 60647 | earnest money deposit | 1129-003 | 90,000.00 | | 100,000.00 |
| * 06/28/10 | 1 | Monarch BE LLC 2139 W. Lyndale St. Chicago IL 60647 | earnest money deposit contract terminated | 1129-003 | -90,000.00 | | 10,000.00 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 10,000.07 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 10,000.09 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 10,000.12 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 10,000.14 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 10,000.16 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 10,000.19 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 10,000.22 |
| * 01/11/11 | 1 | Monarch BE LLC 2139 W. Lyndale St. Chicago IL 60647 | partial earnest money deposit | 1129-003 | -9,000.00 | | 1,000.22 |
| * 01/11/11 | 000101 | International Sureties, Inc. | Bond premium  #016040892 | 2300-003 | | 1,000.22 | 0.00 |
| * 01/11/11 | 000101 | International Sureties, Inc. | Bond premium  #016040892 | 2300-003 | | -1,000.22 | 1,000.22 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,000.25 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,000.26 |

Page Subtotals  1,000.26   0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44643 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5505  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1032 | | | |
| For Period Ending: | 04/02/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/11 | 3 | Boston Blackies | turnover of chapter funds | 1129-000 | 1,016.85 | | 2,017.11 |
| 03/05/11 | 3 | Boston Blackies | turnover of chapter 11 funds | 1129-000 | 4,589.56 | | 6,606.67 |
| 03/05/11 | 3 | Boston Blackies | turnover of chapter 11 funds | 1129-000 | 9,674.43 | | 16,281.10 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 16,281.20 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,281.33 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,281.47 |
| 06/17/11 | 000102 | A-American Self Storage<br>901 W. Adams St<br>Chicago IL 60607 | rent for June and July 2011 | 2410-000 | | 322.00 | 15,959.47 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,959.60 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,959.73 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,959.87 |
| 09/02/11 | 7 | Future Services Inc.<br>d/b/a Caro Insurance Services<br>3400 W. Lawrence Avenue<br>Chicago IL 60625 | insurance refund | 1290-000 | 13,290.00 | | 29,249.87 |
| 09/06/11 | 000103 | A-American Self Storage<br>901 W. Adams St.<br>Chicago IL 60607 | Rent August and Sept 2011 | 2420-000 | | 294.00 | 28,955.87 |
| 09/27/11 | 7 | Global  Surety LLC<br>701 Polydras St  #420<br>New Orleans LA 70139 | refund of trustee bond | 1280-000 | 1,253.00 | | 30,208.87 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 30,209.08 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,209.34 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.49 | 30,170.85 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,171.10 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.20 | 30,133.90 |
| 12/19/11 | 9 | Active Electrical Supply Co<br>4240 W. Lawrence Ave | refund of overpayment | 1290-000 | 3,275.43 | | 33,409.33 |

Page Subtotals       33,100.76       691.69

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-44643 -JS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5505  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1032 | | |
| For Period Ending: | 04/02/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/28/11 | 2 | Chicago IL 60630 BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.23 | | 33,409.56 |
| 12/28/11 | | Transfer to Acct #*******6148 | Final Posting Transfer | 9999-000 | | 33,409.56 | 0.00 |
| | | | COLUMN TOTALS | | 34,101.25 | 34,101.25 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 33,409.56 | |
| | | | Subtotal | | 34,101.25 | 691.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 34,101.25 | 691.69 | |

Page Subtotals     0.23     33,409.56

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2                                                                                                                                    Page: 4
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                             Exhibit 9

| Case No: | 09-44643 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES MANAGEMENT COMPANY, | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6148  Checking - Non Interest |
| Taxpayer ID No: | *******1032 | | | |
| For Period Ending: | 04/02/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/11 | | Transfer from Acct #*******5505 | Transfer In From MMA Account | 9999-000 | 33,409.56 | | 33,409.56 |
| 12/29/11 | 001001 | Illinois Department of Revenue | post-petition taxes | 6950-000 | | 1,731.19 | 31,678.37 |
| 01/20/12 | | GE Capital Franchise Finan | 12/30/11 wire to GECC per order Wire Transfer made 12/30/11 per December 2011 Court order | 4210-000 | | 31,678.37 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 33,409.56 | 33,409.56 | 0.00 |
| Less:  Bank Transfers/CD's | 33,409.56 | 0.00 | |
| Subtotal | 0.00 | 33,409.56 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 33,409.56 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********5505 | 34,101.25 | 691.69 | 0.00 |
| Checking - Non Interest - ********6148 | 0.00 | 33,409.56 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 34,101.25 | 34,101.25 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                    /s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____  Date: 04/02/13
                    BRENDA PORTER HELMS, TRUSTEE

                                                                                    Page Subtotals        33,409.56         33,409.56

                                                                                                                               Ver: 17.01
LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*